UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
February 27, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:12-mj-00056-CKD |
| ) | |
| Plaintiff, ) | |
| v.  ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| KEVIN WEBBER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kevin Webber</u>; Case <u>2:12-mj-00056-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $25,000, co-signed by defendant's sister, and posting of tile of defendant's vehicle.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on  2/27/12  at  2:25 p.m.

By  /s/ Carolyn Delaney
Carolyn K. Delaney
United States Magistrate Judge