1  **JAN DAVID KAROWSKY**
   Attorney at Law
2  A Professional Corporation
   California State Bar Number 53854
3  716 19th Street, Suite 100
   Sacramento, CA 95811-1767
4  KarowskyLaw@sbcglobal.net
   (916) 447-1134
5  (916) 448-0265 (Fax)

6  Attorney for Defendant
   Kevin Webber

7

8                     UNITED STATES DISTRICT COURT

9                IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 United States of America,        ) Case No. 2: 12-CR – 0095 - WBS
                                    )
12        Plaintiff,                )
                                    ) **STIPULATION AND ORDER**
13 vs.                              ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
14 Kevin Webber,                    )
                                    ) **Date: October 7, 2013**
15        Defendant                 ) **Time: 9:30 a.m.**
                                    ) **Judge: Hon William B. Shubb**
16                                  )
                                    )
17                                  )
                                    )
18

19    **IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of

20 America, and defendant Kevin Webber, through their respective attorneys, that the status

21 conference scheduled for October 7, 2013 at 9:30 a.m. may be continued to November 18, 2013

22 at 9:30 a.m..

23        Counsel for defendant Webber is in the continuing process of having Mr. Webber's

24 mental health evaluated.  I have obtained a psychological evaluation of Mr. Webber, who has

25 been diagnosed as suffering from the developmental disorder of autism, which has never been

- 1 -

1  diagnosed or treated previously.  This psychological report has been provided to the prosecuting
2  AUSA.  Mr. Webber has now been evaluated at the Valley Mountain Regional Center in
3  Stockton, to determine if he could benefit from programs they offer to people suffering from
4  autism and he has been accepted by the Regional Center as a "client" and is waiting for
5  "services" to begin.  I believed the Regional Center would have already commenced the
6  assistance to Mr. Webber, but it is taking much longer than had been expected.  Both counsel for
7  the government and for the defendant believe it would be extremely helpful in attempting to
8  resolve the charges against Kevin Webber, to wait to determine what programs he would be
9  eligible for at the Regional Center, prior to attempting to craft a disposition which counsel for
10 Mr. Webber has been proposed as Pre-Trial Diversion.

11     In order to prepare effectively for a resolution of the charges against defendant Webber,
12 the parties agree that time under the Speedy Trial Act should be excluded through November 18,
13 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such
14 action outweigh the best interests of the public and the defendants in a speedy trial.

15 **IT IS SO STIPULATED.**

17 DATED:    October 8, 2013          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Jason Hitt, Esq. by
                                      by Jan David Karowsky w/
                                      Mr. Hitt's approval
                              by
                                      Jason Hitt
                                      Assistant U.S. Attorney

DATED:     October 8, 2013            JAN DAVID KAROWSKY
                                      Attorney at Law
                                      A Professional Corporation

                                      /s/ Jan David Karowsky, Esq.
                            by
                                      JAN DAVID KAROWSKY
                                      Attorney for Defendant
                                      Kevin Webber

## O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to November 18, 2013 at 9:30 a.m..  For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 18, 2013.

**IT IS SO ORDERED.**

**Dated:  October 8, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE