**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No. Cr.S-12-95-WBS |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND PROPOSED ORDER TO MODIFY SPECIAL CONDITIONS OF PRETRIAL RELEASE** |
| Kevin Webber, | ) |
| Defendant | ) |

On March 7, 2012, at the suggestion of the assigned Pre Trial Services officer, and with the agreement of defendant Kevin Webber and the government, the parties stipulated and agreed and U.S. Magistrate-Judge Edmond F. Brennan modified the "Special Conditions" of Defendant's release, to add the following conditions:

"1. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

- 1 -

2.  You shall refrain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.

3.  You shall submit to drug or alcohol testing as directed by the pretrial services officer."

Subsequently, on December 17, 2013, counsel for defendant and the government received the following email from Pre Trial Services officer, Darryl Walker:

> Hello Mr. Hitt and Mr. Karowsky,
>
> This is regarding Mr. Webber's drug testing condition.  Mr. Webber has been under supervision since February 2012.  There are no indications Mr. Webber is using any illegal substances.  It is this officer's opinion that his testing conditions can be terminated.  If there are no objections from the government, Mr. Karowsky could you prepare a Stip & Order having this specific condition removed.
> Thank you.  If you have any questions or concerns, please let me know.
> Darryl Walker
> U.S. Pretrial Services Officer

Subsequently, Mr. Hitt informed counsel for defendant that he would stipulate to the removal of the drug testing condition for Mr. Webber.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that condition number 3 above, that Mr. Webber submit to drug or alcohol testing as directed by the pretrial services officer, should be removed from defendant Webber's special conditions of release.

**IT IS SO STIPULATED.**

1  DATED:      December 26, 2013            BENJAMIN B. WAGNER
                                            United States Attorney
2
                                            /s/ Jason Hitt, Esq. by
3                                           by Jan David Karowsky w/
                                            Mr. Hitt's approval
4
5                               by
                                            Jason Hitt
6                                           Assistant U.S. Attorney
                                            by Jan David Karowsky
7
8  DATED:      December 26, 2013            JAN DAVID KAROWSKY
                                            Attorney at Law
9                                           A Professional Corporation

10                                          /s/ Jan David Karowsky, Esq.

11                              by
12                                          JAN DAVID KAROWSKY
                                            Attorney for Defendant
13                                          Kevin Webber

14

15

16

17

18

19

20

21

22

23

24

25

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. Cr.S-12-95-WBS |
| Plaintiff, | |
| vs. | (**PROPOSED**) ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| Kevin Webber, | |
| Defendant | |

    **GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the following condition shall be removed from defendant Kevin Webber's Special Conditions of Release:

3.  You shall submit to drug or alcohol testing as directed by the pretrial services officer.

**IT IS SO ORDERED.**

Dated: December 26, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE