**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

United States of America,

Plaintiff,

vs.

Kevin Webber,

Defendant

Case No. 2: 12-CR - 0095-02 WBS

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**

**Date: January 13, 2014**
**Time: 9:30 a.m.**
**Judge: Hon William B. Shubb**

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for January 13, 2014 at 9:30 a.m. may be continued to March 10, 2014 at 9:30 a.m..

Counsel for defendant Webber is still in the continuing process of having Mr. Webber's mental health evaluated. I have obtained a psychological evaluation of Mr. Webber, who has been diagnosed as suffering from the developmental disorder of autism, which has never been

diagnosed or treated previously. This psychological report has been provided to the prosecuting AUSA. Mr. Webber has now been evaluated at the Valley Mountain Regional Center in Stockton, to determine if he could benefit from programs they offer to people suffering from autism and he has been accepted by the Regional Center as a "client" and is waiting for "services" to begin. I believed the Regional Center would have already commenced the assistance to Mr. Webber, but it is taking much longer than had been expected. Both counsel for the government and for the defendant believe it would be extremely helpful in attempting to resolve the charges against Kevin Webber, to wait to determine what programs he would be eligible for at the Regional Center, prior to attempting to craft a disposition which counsel for Mr. Webber has been proposed as Pre-Trial Diversion. Furthermore, both counsel for the government and defense counsel have trial commencing respectively in January and February and need additional time to complete negotiations on the instant case.

In order to prepare effectively for a resolution of the charges against defendant Webber, the parties agree that time under the Speedy Trial Act should be excluded through March 10, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 9, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Jason Hitt, Esq. by
by Jan David Karowsky w/
Mr. Hitt's approval

by

Jason Hitt
Assistant U.S. Attorney

DATED: January 9, 2014

JAN DAVID KAROWSKY
Attorney at Law
A Professional Corporation

by /s/ Jan David Karowsky, Esq.

JAN DAVID KAROWSKY
Attorney for Defendant
Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to March 10, 2014 at 9:30 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 10, 2014.

**IT IS SO ORDERED.**

**Dated: January 9, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE