**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kevin Webber,<br><br>　　　　　Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:  June 30, 2014**<br>**Time: 9:30 a.m.**<br>**Judge: Hon William B. Shubb** |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for June 30, 2014 at 9:30 a.m. may be continued to August 25, 2014 at 9:30 a.m..

Counsel for defendant Webber has obtained a psychological evaluation of Mr. Webber, who has been diagnosed as suffering from the developmental disorder of autism, which had never been diagnosed or treated previously.  Based on the additional information obtained from

1 the Regional Center in Stockton, both counsel for the government and for the defendant are
2 attempting to craft a disposition which counsel for Mr. Webber has proposed as Pre-Trial
3 Diversion.  Counsel for the government needs a bit more time to evaluate such a disposition and,
4 hopefully, begin its implementation.
5     In order to prepare effectively for a resolution of the charges against defendant Webber,
6 the parties agree that time under the Speedy Trial Act should be excluded through August 25,
7 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such
8 action outweigh the best interests of the public and the defendant in a speedy trial.
9 **IT IS SO STIPULATED.**

DATED: June 24, 2014                              BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Jason Hitt, Esq. by
                                                  by Jan David Karowsky w/
                                                  Mr. Hitt's approval
                                         by
                                                  Jason Hitt
                                                  Assistant U.S. Attorney

DATED: June 24, 2014                              JAN DAVID KAROWSKY
                                                  Attorney at Law
                                                  A Professional Corporation

                                                  /s/ Jan David Karowsky, Esq.
                                         by
                                                  JAN DAVID KAROWSKY
                                                  Attorney for Defendant
                                                  Kevin Webber

## O R D E R

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to August 25, 2014 at 9:30 a.m..  For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

1  outweigh the best interests of the public and the defendant in a speedy trial and therefore
2  excludes time under the Speedy Trial Act through August 25, 2014.
3  **IT IS SO ORDERED.**
4  **Dated:  June 24, 2014**

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE