**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. 2: 12-CR – 0095 - WBS |
| Plaintiff, | **STIPULATION AND ORDER FOR RELEASE AND RETURN OF COLLATERAL TO KEVIN WEBBER** |
| vs. | |
| Kevin Webber, | |
| Defendant | |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the collateral posted by Kevin Webber on February 28, 2012, Docket Number 10, a Certificate of Title (Pink Slip) to a 2006 Dodge Daytona Charger, 2B3LA53H26H347666, be released and returned to Kevin Webber, said collateral not being needed any further.

Counsel for the government and Pre-Trial Services have agreed to allow Mr. Webber to participate in a Pre-Trial Diversion program for six months commencing October 20, 2014. Said

1  Pre-Trial Diversion/ Deferred Prosecution Agreement has been signed by all necessary parties
2  including Magistrate-Judge Dale A. Drozd on October 20, 2014.
3      Counsel for the government does not believe said pink slip is needed to assure
4  defendant's appearance, defendant having successfully been on Pre-Trial Supervision since
5  February 27, 2012, over 2 ½ years.
6      Said pink slip should be mailed to defendant at the address he used when he surrendered
7  it to the Clerk's Office.

**IT IS SO STIPULATED.**

DATED:   October 20, 2014         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Jason Hitt, Esq. by
                                  by Jan David Karowsky w/
                                  Mr. Hitt's approval
                            by
                                  Jason Hitt
                                  Assistant U.S. Attorney

DATED:   October 20, 2014         JAN DAVID KAROWSKY
                                  Attorney at Law
                                  A Professional Corporation

                                  /s/ Jan David Karowsky, Esq.
                            by
                                  JAN DAVID KAROWSKY
                                  Attorney for Defendant
                                  Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the Certificate of Title (Pink Slip) to a 2006 Dodge Daytona Charger,

2B3LA53H26H347666, filed as Docket Number 10, in the instant action be released and returned to Kevin Webber, said collateral not being needed any further.

**IT IS SO ORDERED.**

**Dated:  October 20, 2014**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Webber0095.stipo.return