**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
KarowskyLaw@sbcglobal.net
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Kevin Webber

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Kevin Webber,<br><br>            Defendant | Case No. 2: 12-CR – 0095 - WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>**Date:  October 27, 2014**<br>**Time: 9:30 a.m.**<br>**Judge: Hon William B. Shubb** |

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff, United States of America, and defendant Kevin Webber, through their respective attorneys, that the status conference scheduled for October 27, 2014 at 9:30 a.m. may be continued to April 20, 2015 at 9:30 a.m..

Counsel for the government and Pre-Trial Services have agreed to allow Mr. Webber to participate in a Pre-Trial Diversion program for six months commencing October 20, 2014.  Said

1  Pre-Trial Diversion/ Deferred Prosecution Agreement has been signed by all necessary parties
2  including Magistrate-Judge Dale A. Drozd on October 20, 2014.
3      Pre-Trial Diversion for Mr. Webber shall commence on October 20, 2014 and, if
4  successful, terminate on April 20, 2015.  Therefore, the parties agree to continue the status
5  conference to April 20, 2015 to allow Mr. Webber to successfully complete the program.  Time
6  under the Speedy Trial Act should be excluded from October 27, 2014 to April 20, 2015,
7  pursuant to 18 U.S.C. § 3161(h)(7)(A) in that the ends of justice served by taking such action
8  outweigh the best interests of the public and the defendant in a speedy trial.
9  **IT IS SO STIPULATED.**

DATED:     October 21, 2014            BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jason Hitt, Esq. by
                                        by Jan David Karowsky w/
                                        Mr. Hitt's approval
                              by
                                        Jason Hitt
                                        Assistant U.S. Attorney

DATED:     October 21, 2014            JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan David Karowsky, Esq.
                              by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        Kevin Webber

**O R D E R**

**GOOD CAUSE APPEARING,** based on the Stipulation of the parties, **IT IS HEREBY ORDERED** that the status conference is continued to April 20, 2015 at 9:30 a.m..  For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

1  outweigh the best interests of the public and the defendant in a speedy trial and therefore
2  excludes time under the Speedy Trial Act through April 20, 2015.
3  **IT IS SO ORDERED.**
4  **Dated:  October 21, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE