BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN WEBBER,<br><br>Defendant. | CASE NO.  2:12-cr-0095 WBS<br><br>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT KEVIN WEBBER AND [PROPOSED] ORDER<br><br>[Fed. R. Crim. P. 48(a)] |

The United States of America, by and through its attorney of record, Assistant United States Attorney Jason Hitt, hereby moves for an order dismissing the Indictment against defendant Kevin WEBBER pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice based upon the following:

1. On October 27, 2014, the United States and defendant Kevin WEBBER, by and through his counsel, Jan Karowsky, Esq., entered into a Deferred Prosecution Agreement. Under the Agreement, the United States agreed to defer prosecution for a period of up to six months. If the defendant was successful under the Agreement, the United States agreed to dismiss the Indictment against him. The Court was advised of the Agreement through a pleading submitted on October 21, 2014, Docket No. 79, and the Court set a further status conference date of April 20, 2015, at 9:30 a.m.  (Docket No. 83.)

2. On March 25, 2015, Pretrial Services Officer Daryl Walker emailed the parties to report that the defendant has been compliant with all of his Pretrial Diversion conditions with no issues to report since October 27, 2014.

3. The defendant has now satisfied the conditions for dismissal of the Indictment set forth in the Pretrial Diversion Agreement.  For these reasons, the United States moves the Court to enter an Order dismissing the pending Indictment against defendant Kevin WEBBER  in Case No. 2:12-cr-0095 WBS in the interests of justice pursuant to Rule 48(a) and consistent with the terms of the Pretrial Diversion Agreement.

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  March 27, 2015                    By:  /s/ JASON HITT
                                                   JASON HITT
                                                   Assistant United States Attorney

**O R D E R**

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that:

The Indictment against defendant Kevin WEBBER in Case No. 2:12-cr-00095 WBS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a). As a result of the Court's Order, the status conference set for April 20, 2015, at 9:30 a.m. is VACATED.

Dated:  March 30, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE